IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02802-WJM-MEH

HOLLY FOURNIER,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## ORDER ON MOTION FOR ATTORNEYS FEES

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2012.**

    In this Fair Debt Collection Practices Act case (15 U.S.C. § 1692 *et seq.*), the Defendant made an offer of judgment of $1001.00, which Plaintiff accepted. Plaintiff has filed this Motion for Attorneys Fees [filed January 4, 2012; docket #10], and it has been referred to me [docket #11]. Plaintiff is entitled to fees under the statute. Plaintiff seeks $3780.00 using an hourly rate of $300.00. Defendant asks for an hourly rate of $225-250.00 and seeks to reduce the number of hours allowed, so that the award is under $2000.00. I will not repeat Defendant's arguments here, but Defendant relies on its allegations of clerical work performed by an attorney, excessive hours for various tasks, work expended solely for padding an attorney's fee award, and prior negotiations between counsel.

    Defendant has provided to me a copy of Senior Judge Kane's award of fees in *Feder v. Midland Credit Management, Inc.*, 11-cv-02872-JLK (dated Jan. 30, 2012). *See* docket #14. In that case, the same Plaintiff's counsel sought an award of $3570.00 using a $300.00 per hour rate (a $210.00 difference from the present case). The only material difference between the request in that case and the request in the present case is that in *Feder*, Plaintiff's counsel alleged 2.1 hours for the

initial client meeting, and in the present case, counsel alleges 2.8 hours (*i.e.*, .7 hour difference x $300.00 per hour = $210.00). Senior Judge Kane authorized $250.00 per hour, as did Senior Judge Miller in August 2011 in *Jackson v. Diversified Collection Services Inc.*, 09-cv-00680-WDM-BNB. I will do the same, seeing no justifiable reason (and certainly not one based on the present economy) to depart from the determinations of these learned jurists.

In *Feder*, Senior Judge Kane authorized $250.00 per hour for eight hours, finding such time reasonable. This amounted to $2000.00. I agree with his analysis except that in this case, Plaintiff's counsel spent an additional .7 hours with his client. I will not quibble with counsel's record on this issue and, thus, will award 8.7 hours at $250.00 per hour for a total of $2175.00.

The reasonable attorney's fee that shall be awarded to Plaintiff in this case is $2175.00 in addition to the judgment of $1001.00 and costs of $420.00 already awarded.

SO ORDERED.

Dated at Denver, Colorado, this 10th day of February, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge